```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHRISTOPHER MERCED,

                    Plaintiff,

                                              9:05-CV-1426
                                               (FJS/RFT)
          v.


E. MOYLAN, Correctional Officer,
C.O. LIPINSKI; SGT. BABBIE;
CAPT. RELF, SUPERINTENDENT PERLMAN,

                    Defendants.
_____

APPEARANCES:                         OF COUNSEL:


CHRISTOPHER MERCED
Plaintiff, Pro Se
03-R-5410
Attica Correctional Facility
Attica, N.Y.   14011


HON. ANDREW M. CUOMO                 ROGER W. KINSEY, ESQ.
Attorney General of the              Assistant Attorney General
  State of New York
120 Broadway
New York, New York   10271
```

**FREDERICK J. SCULLIN, JR., S.J.:**

### DECISION & ORDER

Presently before the Court is Magistrate Judge Randolph F. Treece's September 28, 2007 Report-Recommendation in which he recommends that Defendants' Motion For Summary Judgment be **denied** as to the claim of excessive force against Defendant Moylan, and

**granted** as to all other claims against all Defendants, and the Court having reviewed the Report-Recommendation and the entire file in this matter and no objections to said Report-Recommendation having been filed,[1]  The Court hereby

**ORDERS**, that the Report-Recommendation filed by Magistrate Judge Randolph F. Treece's September 28, 2007 is, for the reasons stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS**, that Defendant's Motion for Summary Judgment is **DENIED** as to the claim of excessive force against Defendant Moylan, and **GRANTED** as to all other claims against all Defendants, and the Court further

**ORDERS**, that if Plaintiff does not notify the Court of his current address within thirty days of the filing of this Order, the Clerk of the Court shall enter judgment dismissing this action without prejudice, without further Order of this Court.

**IT IS SO ORDERED.**

Dated: October 29, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

---

[1] The Court notes that, although the Clerk of the Court mailed Magistrate Judge Treece's Report-Recommendation to plaintiff's last known address, it was returned to the Clerk's Office marked: Return to Sender; Not Deliverable as Addressed; Unable to Forward. "Released."  The Court advises plaintiff that, under Local Rule 41.2(b), failure to notify the Court of a change of address as required by Local Rule 10.1(b) may result in dismissal of the action.